[No. 3235-3-III. Division Three. May 15, 1980.]

*In the Matter of the Marriage of* SAM NICHOLS, *Appellant, and* VAN ESSIE NICHOLS, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78-3-00261-0, Cameron K. Hopkins,

J. Pro Tem., entered January 5, 1979. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.